IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| INFORMATION ASSOCIATED WITH ) | 1:17-sw-272 |
| LOTHEFAMOUSAHK THAT IS STORED ) | |
| AT PREMISES CONTROLLED BY ) | |
| INSTAGRAM ) | |

### GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT DOCUMENTS

The United States, by and through undersigned counsel, asks this Honorable Court for entry of an order unsealing the search warrant, the application for the search warrant, the affidavit in support thereof, the Motion to Seal, the Order to Seal, and any other documents filed in connection with this matter be unsealed. Public disclosure of the documents filed under seal will no longer jeopardize a pending criminal investigation. A proposed order is submitted herewith for the convenience of the Court.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Carina A. Cuellar
Assistant United States Attorney